

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
     v.                    )   2:09-CR-444-GMN-(GWF)
                           )
DANIEL R. MURRAY,          )
                           )
            Defendant.     )

## ORDER OF FORFEITURE

This Court found on June 15, 2010, that DANIEL R. MURRAY shall pay a criminal forfeiture money judgment of $802,699.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Plea Memorandum, ECF No. 21; Order of Forfeiture, ECF No. 22.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DANIEL R. MURRAY a criminal forfeiture money judgment in the amount of $802,699.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this __ day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE